# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Iyan Cubie | ) | Chapter 13 |
| | ) | Case No. 21 B 13660 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Iyan Cubie
5800 W Washington Blvd
Apt 1
Chicago, IL 60644

Debtor Attorney: Semrad Law Firm LLC
via Clerk's ECF noticing procedures

On February 10, 2022 at 2:30 pm, I will appear before the Honorable Timothy A Barnes, or any judge sitting in that judge's place, and present this motion, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: <https://www.zoomgov.com/>. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then en the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 329 5276 and the password is 433658. The meeting ID and password can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, January 20, 2022.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 12/01/2021.

2. The debtor(s) have failed to provide an Affidavit of Compliance.

3. The debtor(s) have failed to provide copies of all payment advices or other evidence of payment received within 60 days before the date of filing the petition.

4. The debtor(s) have failed to provide to the Trustee a copy of the Federal income tax return (or transcript thereof) for the four years preceding the filing of the petition.

5. The debtor(s) have failed to attend two scheduled §341(a) meetings of the creditors

6. The debtor(s) have failed to provide required identification and or social security documentation.

7. The debtor(s) have failed to provide to the Trustee requested business documents and/or proof of income.

8. Debtor has failed to provide proof of income.

9. Debtor has failed to provide a valuation for the vehicle and business.

10. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312) 431-1300