Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
***Northern District of Illinois***
***Eastern Division***
***219 S Dearborn***
***7th Floor***
***Chicago, IL 60604***

---

Case No.: 21−13660
Chapter: 13
Judge: Timothy A. Barnes

In Re:
Iyan Cubie
5800 W Washington Blvd
Apt 1
Chicago, IL 60644

Social Security / Individual Taxpayer ID No.:
xxx−xx−0876

Employer Tax ID / Other nos.:

---

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on March 3, 2022

FOR THE COURT

Dated: March 4, 2022

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court